UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KYLE DAMOND JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, | ) ) | 3:19-CV-1147-G (BN) |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The parties' Joint Motion to Dismiss (docket entry 26) is **GRANTED**. It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that: (a) all claims in this case are dismissed with prejudice to the refiling of same in any form; and (b) all taxable costs and attorneys' fees are to be paid by the party incurring same. This is a Final Judgment.

**SO ORDERED**.

January 30, 2020.

                                               _____
                                               A. JOE FISH
                                               Senior United States District Judge